Revised 04/2009

Application (1)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

2010 OCT 12 PM 2:05

IN RE:

| Dirk Rothenberger | 02-92184 |
|---|---|
| Debtor | Bankruptcy Case Number |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the Claimant identified below to make Application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor/debtor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further states that Claimant is:

NAME OF CLAIMANT: National Capital Management, LLC
MAILING ADDRESS: 8245 Tournament Drive, Suite 230
CITY: Memphis     STATE: TN     ZIP: 38125

and that a dividend in the amount of $ 535.15 was awarded in this case which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certifies under penalty of perjury that all statements made by Claimant on this Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

Date: 9/24/2010

Claimant's Signature

Mail to:  United States Bankruptcy Court
110 N. College Avenue, 8th Floor
Tyler, TX 75702

## CERTIFICATE OF SERVICE

In accordance with Title 28 U.S.C. Section 2042, the undersigned hereby certifies that on the date designated below a true copy of this application with all required attachments was mailed to [check one as applicable]:

For all cases in **Beaumont & Lufkin** divisions (five-digit case number beginning with 1 or 9):

[✓] Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
350 Magnolia Avenue, Suite 150
Beaumont, TX 77701-2248

For all cases in **Marshall & Tyler** divisions (five-digit case number beginning with 2 or 6):

[ ] Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
110 North College Avenue, Suite 700
Tyler, TX 75702-0204

For all cases in **Paris, Sherman, & Texarkana** divisions (five-digit case number beginning with 3, 4 or 5):

[ ] Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
101 East Park Boulevard, Suite 500
Plano, Texas 75074-8858

Date: 9/24/2010                         _____
                                        Claimant's Signature

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| IN RE: | * |
| | * |
| Dirk Rothenberger | * CASE NO. 02-92184 |
| Lisa Rothenberger | * |
| xxx-xx-8226/xxx-xx-0531 | * |
| 904 Brenda | * |
| Lufkin, TX 75901 | * |
| | * CHAPTER 13 |
| DEBTOR(S) | * |

## NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT

The Notice of Ronald E. Stadtmueller, Trustee herein, respectfully would show:

1. That he is the duly qualified and acting Trustee in this case.

2. The Trustee has made distributions of the funds of this estate in accordance with the confirmed Chapter 13 plan and/or the Bankruptcy Code. Some of the distribution checks have not been negotiated.

3. An amount has been reserved for the following creditor(s) to whom previous checks were submitted without negotiation:

| Payee | Reserve Amount |
|---|---|
| National Capital Management | $ 535.15 |

4. A turnover check(s) in the amount of $535.15 payable to the Clerk of the United States Bankruptcy Court is attached to this Notice.

Dated: 5-3-06

RONALD E. STADTMUELLER
CHAPTER 13 TRUSTEE
P. O. Box 7097
Tyler, Texas 75711
(903) 593-7777, Fax (903) 597-131




NA...
8245 TOURNAMENT DRIVE, SUITE 230
MEMPHIS, TN 38125

Office of the United States Attorney
Eastern District of Texas
Attention: Unclaimed Funds Requests
110 North College Avenue, Suite 700
Tyler, Texas 75702-0204

RECEIVED
US ATTORNEY
TYLER TX.
2010 SEP 27 PM 1:11